Before the First Division, March 3, 1969

**No. P69/56.**—Corham Artificial Flower Co. *v*. United States, protests 66/61027, 67/65678, and 67/68858 (New York).

Watson, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of artificial flowers, trees, foliage, fruits, vegetables, grasses, or grains, and articles made of the foregoing, in chief value of plastic, assembled in the same manner as the merchandise the subject of *Armbee Corporation et al.* v. *United States* (60 Cust. Ct. 105, C.D. 3278) and *Zunold Trading Corporation et al.* v. *United States* (60 Cust. Ct. 112, C.D. 3279), the claim of the plaintiff was sustained.

**No. P69/57.**—A. D. Sutton & Sons et al. *v*. United States, protests 67/74367, etc. (New York).

Maletz, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of nodding head animals similar in all material respects to those the subject of *Wilson's Customs Clearance, Inc.* v. *United States* (59 Cust. Ct. 36, C.D. 3061), and that said merchandise is wholly or in chief value of papier mache, the claim of the plaintiffs was sustained.

**No. P69/58.**—New York Merchandise Co., Inc. *v*. United States, protests 68/22855 and 67/52035 (New York).

Maletz, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of nodding head animals similar in all material respects to those the subject of *Wilson's Customs Clearance, Inc.* v. *United States* (59 Cust. Ct. 36, C.D. 3061), and that said merchandise is wholly or in chief value of iron or steel, the claim of the plaintiff was sustained.

**No. P69/59.**—William Adams, Inc. *v*. United States, protests 62/4181, etc. (New York).

Maletz, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of glass articles similar in all material respects to those the subject of *Chadwick-Miller Importers, Inc., et al.* v. *United States* (59 Cust. Ct. 529, C.D. 3221), the claim of the plaintiff was sustained.